IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRADEN and DALE BROWN,
individually and on behalf of all others
similarly situated                                                                                               PLAINTIFFS

v.                                          Case No. 4:15-cv-4114

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                                                                 DEFENDANT

## ORDER

Before the Court is the Defendant's Unopposed Motion for Entry of Agreed Protective Order Regarding Production of Certain Non-Party Claim Files. (ECF No. 31). To protect the confidentiality of non-public personal information which may be contained in certain nonparty claim files, the parties, by and through their respective counsel, have stipulated to the entry of the following protective order. The Court, after reviewing the terms of the protective order, finds that the parties' Motion should be **GRANTED**. The Protective Order is as follows:

It is therefore ORDERED that Foremost may redact non-public personal information about its policyholders and/or claimants, including information such as financial account numbers, Social Security numbers, driver's license numbers, and health information.

It is further ORDERED that Foremost may redact and/or otherwise remove information or documents which relate to other insureds and/or claimants to the extent it may appear within the Sample Claim Files;

It is further ORDERED that the production of Sample Claim Files contemplated herein shall not require the production of materials which are protected by the attorney-client privilege, work product doctrine or other applicable protections.

It is further ORDERED that the Sample Claim Files are deemed to be "Confidential" and subject to the restrictions applicable to confidential information provided for in the Agreed Protective Order.

It is further ORDERED that neither Plaintiffs nor their counsel, nor anyone acting on their behalf or at their behest, shall utilize any information obtained from or as a result of their receipt of the Sample Claim Files to contact any policyholder or claimant identified therein without leave of Court.

**IT IS SO ORDERED**, this 8th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge