IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRADEN and DALE BROWN,
individually and on behalf of all others
similarly situated                                                              PLAINTIFFS

v.                                    Case No. 4:15-cv-4114

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                                       DEFENDANT

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to File Redacted Portions of Their Memorandum in Support of Plaintiffs' Motion for Class Certification and to File Certain Confidential Exhibits Under Seal. (ECF No. 41). On April 8, 2016, the Court entered a Protective Order. (ECF No. 33). Pursuant to the Protective Order, documents produced and information disclosed in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. During discovery, Defendants produced and designated as "Confidential" certain documents and information.

In their memorandum in support of their Motion for Class Certification, Plaintiffs intend to discuss, quote, cite, and attach as exhibits a number of these "Confidential" materials. Where possible, Plaintiffs seek to file redacted versions of their memorandum and exhibits, and to provide the Court with unredacted copies. However, Plaintiffs state that certain exhibits contain "primarily confidential information." Plaintiffs request to file these certain exhibits under seal. The Court understands that some portions of the memorandum and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the memorandum and accompanying exhibits can be redacted, it is in the best interests of the public for the redacted version of the memorandum and exhibits to be filed on the docket. Plaintiffs may file under seal only the exhibits that contain primarily confidential information. Accordingly, Plaintiffs' Unopposed Motion to File Redacted Portions of Their Memorandum in Support of Plaintiffs' Motion for Class Certification and to File Certain Confidential Exhibits Under Seal (ECF No. 41) should be and hereby is **GRANTED**. Plaintiffs are directed to provide the Court with an unredacted copy of the memorandum and exhibits.

**IT IS SO ORDERED**, this 28th day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge