IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRADEN and DALE BROWN,
individually and on behalf of all others
similarly situated                                                                                    PLAINTIFFS

v.                                        Case No. 4:15-cv-4114

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                                                  DEFENDANT

## **ORDER**

Before the Court is Plaintiffs' Unopposed Motion to File Redacted Portions of Their Reply Memorandum of Law in Further Support of Their Motion for Class Certification and to File Certain Confidential Exhibits Under Seal. (ECF No. 65). On April 8, 2016, the Court entered a Protective Order. (ECF No. 33). Pursuant to the Protective Order, documents produced and information disclosed in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal.

In Plaintiffs' reply memorandum in further support of their motion for class certification, Plaintiffs intend to discuss, quote, cite, and attach as exhibits a number of these "Confidential" materials. Where possible, Plaintiffs seeks to file redacted versions of its response and exhibits, and to provide the Court with unredacted copies. The Court understands that some portions of the response and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the response and accompanying exhibits can be redacted, it is in the best interests of the public for the redacted version of the response and exhibits to be filed on the

docket. Plaintiffs may file under seal only exhibits that contain primarily confidential information. Accordingly, the Court finds that Plaintiffs' motion (ECF No. 65) should be and hereby is **GRANTED**. Plaintiffs are directed to provide the Court with unredacted copies of the memorandum and exhibits.

    **IT IS SO ORDERED**, this 23rd day of March, 2017.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge