IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRADEN and DALE BROWN,
individually and on behalf of all others
similarly situated                                                                    PLAINTIFFS

v.                              Case No. 4:15-cv-4114

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                                          DEFENDANT

**ORDER**

Before the Court is Defendant's Unopposed Motion to File Redacted Portions of Its Memorandum of Law in Support of Motion to Strike Saul Solomon's March 17, 2017 Declaration. (ECF No. 75). On April 8, 2016, the Court entered a Protective Order. (ECF No. 33). Pursuant to the Protective Order, documents produced and information disclosed in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal.

In Defendant's memorandum of law supporting its forthcoming Motion to Strike Saul Solomon's March 17, 2017 Declaration, it intends to discuss, quote, cite, and attach as exhibits a number of these "Confidential" materials. Where possible, Defendant seeks to file redacted versions of its supporting memorandum and exhibits, and to provide the Court with unredacted copies. The Court understands that some portions of the supporting memorandum and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the supporting memorandum and accompanying exhibits can be redacted, it is in

the best interests of the public for the redacted version of the supporting memorandum and exhibits to be filed on the docket.  Defendant may file under seal only exhibits that contain primarily confidential information.  Accordingly, the Court finds that Defendant's motion (ECF No. 75) should be and hereby is **GRANTED**.  Defendant is directed to provide the Court with an unredacted copy of the memorandum and exhibits.

      **IT IS SO ORDERED**, this 5th day of June, 2017.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge