IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRADEN and DALE BROWN,
individually and on behalf of all others
similarly situated                                                                                    PLAINTIFFS

v.                                        Case No. 4:15-cv-4114

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                                                  DEFENDANT

## ORDER

The Court has been informed that the parties have reached a settlement of all claims in the above-styled case. Accordingly, Plaintiffs' Motion to Certify (ECF No. 43) and Defendant's Motion to Strike Saul Solomon's March 17, 2017 Declaration (ECF No. 77) and Motion to Exclude Saul Solomon's Declarations (ECF No. 90) are hereby **DENIED AS MOOT**. The parties may renew the motions in the event that the parties decide not to settle and to move forward with the lawsuit.

**IT IS SO ORDERED**, this 25th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge